

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 World Financial Center, Room 4300
NEW YORK, NY 10281-1022

Robert B. Blackburn
Associate Regional Director
Phone: (212) 336-1050
Facsimile: (212) 336-1317
Email: BlackburnR@SEC.Gov

July 24, 2008

**VIA HAND DELIVERY**

Mr. Richard Wilson
Clerk of the Court – Docket Support
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street,
New York, New York 10007

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/08

Re:   *SEC v. Bennett*, Civil Action No. 08-CV-1631 (GEL)

Dear Mr. Wilson:

Today, inadvertently we efiled two documents in the captioned matter. They appear in the Docket as Items 3 and 4:

| 07/24/2008 | 3 | MOTION for Judgment *as to Defendant Phillip Bennett*. Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order Final Judgment as to Defendant Phillip Bennett, # 2 Exhibit Consent to Settlement by Phillip Bennett)(Kidney, James) (Entered: 07/24/2008) |
| --- | --- | --- |
| 07/24/2008 | 4 | MOTION for Judgment *as to Defendant Phillip Bennett*. Document filed by United States Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order Final Judgment as to Defendant Phillip Bennett, # 2 Exhibit Consent to Settlement by Phillip Bennett)(Kidney, James) (Entered: 07/24/2008) |

Please remove these two items from the case Docket.

We are sorry for any inconvenience this may cause you and your office and appreciate your assistance in correcting our mistake.

Respectfully,

*Robert B. Blackburn*

Robert B. Blackburn (RB-1545)
James A. Kidney

So Ordered:  *[signature]*
New York, NY   July 29, 2008